THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* LOUIS STEINMETZ, Appellant.

*Appeal — failure to file return.*

Reported below, 209 App. Div. 83.

(Submitted December 1, 1924; decided December 2, 1924.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 2, 1924, which affirmed a judgment rendered at a Trial Term for the county of New York upon a verdict convicting the defendant of the crime of grand larceny.

The motion was made upon the ground of failure to file the return.

*Joab H. Banton* for motion.

*Harry G. Fromberg* opposed.

Motion granted unless the return be made on or before December 16, 1924, and the appeal brought on for argument on December 18, 1924, or as soon thereafter as counsel can be heard, and in that event that the motion be denied.